# Exhibit A

| Contract | Published 2027 Overall Star Rating | Correct Overall Star Rating Without 17 Unlawful Measures | Star Rating Increase |
|---|---|---|---|
| H0029 | 2.5 | 3.5 | **1** |
| H0074 | 3 | 3.5 | **0.5** |
| H0174 | 3.5 | 4.5 | **1** |
| H0351 | 3.5 | 4 | **0.5** |
| H0562 | 3.5 | 4.5 | **1** |
| H0712 | 3.5 | 4.5 | **1** |
| H0913 | 3 | 4 | **1** |
| H1032 | 4 | 4.5 | **0.5** |
| H1112 | 3.5 | 4 | **0.5** |
| H1215 | 2.5 | 3 | **0.5** |
| H1416 | 3 | 4 | **1** |
| H1862 | 2.5 | 3.5 | **1** |
| H2174 | 2.5 | 3.5 | **1** |
| H2491 | 3.5 | 4 | **0.5** |
| H2775 | 3 | 4 | **1** |
| H3499 | 3 | 3.5 | **0.5** |
| H3561 | 3.5 | 4.5 | **1** |
| H3975 | 3 | 3.5 | **0.5** |
| H4847 | 3 | 4 | **1** |
| H5087 | 3.5 | 4.5 | **1** |
| H5294 | 3.5 | 4 | **0.5** |
| H5439 | 3 | 3.5 | **0.5** |
| H5475 | 3 | 4.5 | **1.5** |
| H5590 | 3 | 3.5 | **0.5** |
| H5599 | 3 | 4 | **1** |
| H5779 | 3.5 | 4 | **0.5** |
| H6550 | 2.5 | 3 | **0.5** |
| H6815 | 3 | 3.5 | **0.5** |
| H7326 | 3 | 4 | **1** |
| H7518 | 3 | 3.5 | **0.5** |
| H8189 | 3 | 4 | **1** |
| H9364 | 3 | 3.5 | **0.5** |
| H9630 | 3 | 3.5 | **0.5** |
| H9730 | 3 | 3.5 | **0.5** |