**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| CENTENE CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Hubert H. Humphrey Building<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES<br>7500 Security Boulevard<br>Baltimore, MD 21244<br><br>Defendants. | Civil Action No. [__] |

**DISCLOSURE STATEMENT**
**OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| Centene Corporation | Plaintiff |
| American Progressive Life and Health Insurance Company of New York | Plaintiff |
| Absolute Total Care, Inc. | Plaintiff |
| Arkansas Health & Wellness Health Plan, Inc. | Plaintiff |
| Bridgeway Health Solutions of Arizona, Inc. | Plaintiff |
| Buckeye Community Health Plan, Inc. | Plaintiff |
| Celtic Insurance Company | Plaintiff |
| Coordinated Care Corporation | Plaintiff |
| Coordinated Care of Washington, Inc. | Plaintiff |
| Harmony Health Plan, Inc. | Plaintiff |
| Health Net Community Solutions, Inc. | Plaintiff |
| Health Net Health Plan of Oregon, Inc. | Plaintiff |
| Health Net Life Insurance Company | Plaintiff |
| Health Net of Arizona, Inc. | Plaintiff |
| Health Net of California, Inc. | Plaintiff |
| Managed Health Services Insurance Corp. | Plaintiff |

| | |
|---|---|
| Meridian Health Plan of Illinois, Inc. | Plaintiff |
| Meridian Health Plan of Michigan, Inc. | Plaintiff |
| Nebraska Total Care, Inc. | Plaintiff |
| New York Quality Healthcare Corporation | Plaintiff |
| Sunflower State Health Plan, Inc. | Plaintiff |
| Sunshine State Health Plan, Inc. | Plaintiff |
| Superior HealthPlan, Inc. | Plaintiff |
| Trillium Community Health Plan, Inc. | Plaintiff |
| WellCare Health Insurance Company of Kentucky, Inc. | Plaintiff |
| WellCare Health Insurance of Arizona, Inc. | Plaintiff |
| WellCare Health Plans of New Jersey, Inc. | Plaintiff |
| WellCare of California, Inc. | Plaintiff |
| WellCare of Connecticut, Inc. | Plaintiff |
| WellCare of Georgia, Inc. | Plaintiff |
| WellCare of Iowa, Inc. | Plaintiff |
| WellCare of Maine, Inc. | Plaintiff |
| WellCare of Mississippi, Inc. | Plaintiff |
| WellCare of Missouri Health Insurance Company, Inc. | Plaintiff |
| WellCare of South Carolina, Inc. | Plaintiff |
| WellCare of Texas, Inc. | Plaintiff |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

a) For Plaintiff **Centene Corporation**

| NAME | TITLE |
|---|---|
| Blume, Jessica Landrus | Director |
| Coughlin, Christopher James | Director |
| Dallas, Hiram James | Director |
| Diaz, Paul Jesus | Director |
| Eppinger, Frederick Henry | Director |
| Ford, Monte Eric | Director |
| London, Sarah McGinty | Director |
| Samuels, Theodore Rapp | Director |
| Tanji, Kenneth Yutaka | Director |
| Tyler, Lauren Melinda | Director |
| Asher, Andrew Lynn | Executive Vice President & CFO |
| Carson, Michael Andrew | Group President, Medicare & Specialty |
| Finke, Daniel Philip | Group President, Markets & Commercial |
| Koster, Christopher Andrew | EVP, Secretary and General Counsel |
| London, Sarah McGinty | Chief Executive Officer |

| | |
|---|---|
| Pienkos, Theodore Joseph | Corporate Controller and Chief Accounting Officer |
| Smith, Susan Raye | Chief Operating Officer |

b) For Plaintiff **Absolute Total Care, Inc.**

| NAME | TITLE |
|---|---|
| Lewis, Ann | Director – Class B |
| McClellan, John Willis | Director – Class A |
| McLawhorn, James Thomas | Director – Class A |
| Moore, Stephen Dwayne | Director – Class A |
| Wilson, MD Gerald A. | Director – Class B |
| Archer, Kendra Louise | Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| McClellan, John Willis | President |
| Moore, Stephen Dwayne | Treasurer |

c) For Plaintiff **American Progressive Life and Health Insurance Company of New York**

| NAME | TITLE |
|---|---|
| Abdelaal, Hany Mohamed | Director |
| Brewster, Tara Richardson | Director |
| Callahan, Jennifer Ann | Director |
| Delmont-Vorburger, Alicia Lynn | Director |
| Freeman, Michael James | Director |
| Portsmore, Jr. Paul Edwin | Director |
| Williams, Robert James | Director |
| Abdelaal, Hany Mohamed | President |
| Archer, Kendra Louise | Vice President & Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Snyder, III James Edward | Vice President & Treasurer |

d) For Plaintiff **Arkansas Health & Wellness Health Plan, Inc.**

| NAME | TITLE |
|---|---|
| Perry, Christopher Jay | Director |
| Ryan, John Patrick | Director |
| Suggs, Kimberley Ann | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Perry, Christopher Jay | Treasurer |
| Ryan, John Patrick | President |

e) For Plaintiff **Bridgeway Health Solutions of Arizona, Inc.**

| NAME | TITLE |
|---|---|
| Darragh, Sarah Marie | Director |
| Franks, Michael Paul | Director |
| Smith, Martha Jane | Director |
| Stover, James Von | Director |
| Stutz, Lisa Leigh | Director |
| Yadav, MD Chanchal | Director |
| Archer, Kendra Louise | Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Loops, Trista Ashley | Treasurer |
| Stover, James Von | President |

f) For Plaintiff **Buckeye Community Health Plan, Inc.**

| NAME | TITLE |
|---|---|
| Loudon, Justin Kale | Director |
| Mayer, Holly Lynette | Director |
| Poklar, Eric Allan | Director |
| Archer, Kendra Louise | Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Loudon, Justin Kale | President & CEO |
| Lukaszewicz, Natalie | VP Network Development & Contracting |
| Mayer, Holly Lynette | Chief Financial Officer and Treasurer |
| Poklar, Eric Allan | SVP Government Relations and Marketing |
| Rhoades, Pharm.D Kevin John | Vice President of Pharmacy |
| Sinha, Daisy R. | Vice President, Operations |

g) For Plaintiff **Celtic Insurance Company**

| NAME | TITLE |
|---|---|
| Freeman, Mark John | Director |
| Kirby, Katherine Whitney | Director |
| Martinez, Daniel Justin | Director |
| Wallace, Cody Dale | Director |
| Wegg, Karen Elizabeth | Director |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Freeman, Mark John | Vice President of Actuary |
| Kirby, Katherine Whitney | President |
| Snyder, III James Edward | Treasurer |
| Wallace, Cody Dale | Secretary |

| | |
|---|---|
| Wegg, Karen Elizabeth | Vice President |

h) For Plaintiff **Coordinated Care Corporation**

| NAME | TITLE |
|---|---|
| Dominguez, Marco Antonio | Director - Class B |
| Hage, Christina Irene Lucas | Director - Class A |
| Heniff, M.D. Thomas William | Director - Class B |
| McCaffrey, Stephen Curtis | Director - Class B |
| Miramonti, Charles Michael | Director - Class B |
| Moell, Dana Jeanette | Director - Class A |
| Seabrook-Izah, M.D. Janet | Director - Class B |
| Smith, Larry | Director - Class B |
| Steever, Melissa Brandt | Director - Class A |
| Walker Vinson, D.D.S LaQuia Annette | Director - Class B |
| Wernert, M.D. John Joseph | Director - Class B |
| Wrobel, Beth Anne | Director - Class B |
| Archer, Kendra Louise | Assistant Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Hage, Christina Irene Lucas | President & Chief Executive Officer |
| Johnson, Elizabeth Baier | Vice President |
| Snyder, III James Edward | Vice President & Treasurer |
| Steever, Melissa Brandt | Chief Financial Officer |

i) For Plaintiff **Coordinated Care of Washington, Inc.**

| NAME | TITLE |
|---|---|
| Cunningham, M.D. Paul Richard | Director - Class B |
| Fowler, Justin Duane | Director - Class A |
| Guillen Jaramillo, Alvaro Boris | Director - Class B |
| Hill, Andrew R. | Director - Class B |
| Johnson, Fahren Ginger | Director - Class B |
| Kennelly, Paul Martin | Director - Class B |
| Marquez, Asuncion Octavio | Director - Class B |
| Ponepinto, Dona Angeli | Director - Class B |
| Sankrithi, MD Usha Mithra | Director - Class A |
| Van Horn, Kelsey M. | Director - Class A |
| Weed, Cora Ann | Director - Class B |
| Archer, Kendra Louise | Secretary |
| Ceteznik, Adam Franklin | Treasurer |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Johnson, Elizabeth Baier | President & CEO |

j) For Plaintiff **Harmony Health Plan, Inc.**

| NAME | TITLE |
|---|---|
| Austin, Ronald David | Director |
| Berry, Stephen Christopher | Director |
| Litteken, Ryan Thomas | Director |
| Wolff, David Michael | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Berry, Stephen Christopher | Interim CFO and Treasurer |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Gary, Cristal Arianne | President & Chief Executive Officer |

k) For Plaintiff **Health Net Community Solutions, Inc.**

| NAME | TITLE |
|---|---|
| Seleski, Dorothy | Director |
| Smith, Martha Jane | Director |
| Archer, Kendra Louise | Assistant Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Krause, Amy W. | Secretary |
| Rudd, Rachael Rose | Sr. Vice President, CA Medicare |
| Schmacker, Eric Rand | Interim President, Chief Executive Officer and Chairman |
| Sellner, Jessica Beth | Chief Financial Officer and Treasurer |

l) For Plaintiff **Health Net Health Plan of Oregon, Inc.**

| NAME | TITLE |
|---|---|
| Brewer, Sarah Kate Kelley | Director |
| Johnson, Elizabeth Baier | Director |
| Opperman, Craig Alan | Director |
| Archer, Kendra Louise | Secretary |
| Brewer, Sarah Kate Kelley | President & Chief Executive Officer |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Johnson, Elizabeth Baier | Chairperson |
| Lyman, Justin Taylor | Chief Financial Officer and VP, Treasurer |

m) For Plaintiff **Health Net Life Insurance Company**

| NAME | TITLE |
|---|---|
| Dinkelman, Tricia Lynn | Director |
| Lambert, Lisa Renee | Director |
| Ng, Darrel Tak-Yun | Director |
| Rudd, Rachael Rose | Director |

| | |
|---|---|
| Schmacker, Eric Rand | Director |
| Archer, Kendra Louise | Secretary |
| Brewer, Sarah Kate Kelley | Vice President |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Korolev, Erik | Regional Health Plan Officer |
| Pakuckas, Povilas | Sr. VP & Contracting Officer |
| Schmacker, Eric Rand | Interim Chairman of the Board, CEO & President |
| Sellner, Jessica Beth | Chief Financial Officer and VP, Treasurer |
| Smith, Martha Jane | Vice President |

n) For Plaintiff **Health Net of Arizona, Inc.**

| NAME | TITLE |
|---|---|
| Coury, Monica Higuera | Director |
| Franks, Michael Paul | Director |
| Loops, Trista Ashley | Director |
| Raju, Santosh | Director |
| Smith, Martha Jane | Director |
| Stover, James Von | Director |
| Archer, Kendra Louise | Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Loops, Trista Ashley | Treasurer |
| Schmacker, Eric Rand | Vice President |
| Stover, James Von | President |

o) For Plaintiff **Health Net of California, Inc.**

| NAME | TITLE |
|---|---|
| Cruz, Frank H. | Director |
| Schmacker, Eric Rand | Director |
| Sellner, Jessica Beth | Director |
| Archer, Kendra Louise | Assistant Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Krause, Amy W. | Secretary |
| Rudd, Rachael Rose | Sr. Vice President, CA Medicare |
| Schmacker, Eric Rand | Interim President, Chief Executive Officer and Chairman |
| Sellner, Jessica Beth | Chief Financial Officer and VP, Treasurer |

p) For Plaintiff **Managed Health Services Insurance Corp.**

| NAME | TITLE |
|---|---|
| Acevedo, Jr. Rafael Jose | Director |

| | |
|---|---|
| Chedid, Stephanie | Director |
| Finerty, Jr. John | Director |
| Muzi, Titus Joseph | Director |
| Owen, MD Julie Ruth | Director |
| Prince, PhD Joan M. | Director |
| Schuller, Julie B. | Director |
| Shepherd, M.D. Dennis William | Director |
| Smith, Martha Jane | Director |
| Villa, James Charles | Director |
| Wasserman, M.D. Sheldon Allan | Director |
| Wesley, Jr. Gregory Maurice | Director |
| Archer, Kendra Louise | Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Finerty, Jr. John | Chairman of the Board |
| Mills, Erica Amy | Compliance Officer |
| Muzi, Titus Joseph | President |
| Snyder, III James Edward | Treasurer |

q) For Plaintiff **Meridian Health Plan of Illinois, Inc.**

| NAME | TITLE |
|---|---|
| Austin, Ronald David | Director - Class A |
| Demonbreun, Desiree Shante Amani | Director - Class A |
| Idowu, Olumide Adetokunbo | Director - Class B |
| Litteken, Ryan Thomas | Director - Class A |
| Robinson, Nicole Renee | Director - Class B |
| Archer, Kendra Louise | Vice President & Secretary |
| Berry, Stephen Christopher | Interim CFO and Treasurer |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Gary, Cristal Arianne | President and Chief Executive Officer |

r) For Plaintiff **Meridian Health Plan of Michigan, Inc.**

| NAME | TITLE |
|---|---|
| Haynes, Alvin Sylvester | Director |
| Jones, Suni Alexander | Director |
| Pasternak, Karie Enid | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Graham, Patricia Ann Miller | Chief Executive Officer and President |
| Rotondo, Nicholas John | Chief Financial Officer and Treasurer |

s) For Plaintiff **Nebraska Total Care, Inc.**

| NAME | TITLE |
| --- | --- |
| Connell, Patrick Henry | Director - Class B |
| Israel, Michael Emad | Director - Class B |
| Loomans, Adam James | Director - Class A |
| Oarhe, Chinyere Ifeoma | Director - Class B |
| Proctor, Adam Noble | Director - Class A |
| Shaffer, M.D. Kenton Leslie | Director - Class B |
| Thompson, Phyllis Renee | Director - Class A |
| Tubbs, John David | Director - Class B |
| Wallen, M.D. Jillian Alexandra | Director - Class B |
| Weiler, Kelly Suzanne | Director - Class B |
| Wells, Adam Dean | Director - Class B |
| Archer, Kendra Louise | Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Proctor, Adam Noble | President & Chairman of the Board |
| Thompson, Phyllis Renee | Treasurer |

t) For Plaintiff **New York Quality Healthcare Corporation**

| NAME | TITLE |
| --- | --- |
| Portsmore, Jr. Paul Edwin | Director |
| Smith, Maurio Travelle | Director |
| Udochi, Abenaa E. | Director |
| Williams, Robert James | Director |
| Archer, Kendra Louise | Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Pearte, Camille | Interim Chief Medical Officer |
| Portsmore, Jr. Paul Edwin | Chairman of the Board, President and Chief Executive Officer |
| Williams, Robert James | Chief Financial Officer |

u) For Plaintiff **Sunflower State Health Plan, Inc.**

| NAME | TITLE |
| --- | --- |
| Jones, Suni Alexander | Director - Class A |
| Stephens, Michael Ray | Director - Class A |
| Weathers, Terry Lynn | Director - Class A |
| Archer, Kendra Louise | Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Stephens, Michael Ray | Chairman, President and Chief Executive Officer |
| Weathers, Terry Lynn | Treasurer |

v) For Plaintiff **Sunshine State Health Plan, Inc.**

| NAME | TITLE |
|---|---|
| Adams, MD Nelson Leon | Director- Class A and Chairman |
| Bronte-Hall, M.D. Lanetta | Director - Class B |
| Gardam, Joseph William | Director - Class B |
| Landsbaum, Nathan Thomas | Director - Class A |
| Prpich, M.D. John Michael | Director - Class B |
| Senior, Justin Michael | Director - Class B |
| Zein, Charlene Gerring | Director - Class A |
| Archer, Kendra Louise | Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Kelly, Michael Edward | Treasurer |
| Perdue, Tamela Ivey | Vice President |
| Zein, Charlene Gerring | President & CEO |

w) For Plaintiff **Superior HealthPlan, Inc.**

| NAME | TITLE |
|---|---|
| Cheng, Karen | Director |
| Cook, Jeffrey Scott | Director |
| James, Kenneth Scott | Director |
| Archer, Kendra Louise | Secretary |
| Biller, Kia Joliene | Treasurer |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Ezhuthachan, Rutu Sudhakar | Chief Medical Officer |
| Henderson, Louis Howard | Assistant Treasurer |
| Wasden, Mitchell Lawrence | Chief Executive Officer and President |

x) For Plaintiff **Trillium Community Health Plan, Inc.**

| NAME | TITLE |
|---|---|
| Brewer, Sarah Kate Kelley | Director |
| Lyman, Justin Taylor | Director |
| Opperman, Craig Alan | Director |
| Archer, Kendra Louise | Secretary |
| Brewer, Sarah Kate Kelley | President & CEO |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Lyman, Justin Taylor | Chief Financial Officer |

y) For Plaintiff **WellCare Health Insurance Company of Kentucky, Inc.**

| NAME | TITLE |
|---|---|
| Ewing, Corey Glenn | Director - Class A |
| Nyarko, Marc | Director - Class A |
| Schultz, Richard Bernard | Director - Class B |
| Smith, Brian Aaron | Director - Class B |
| Wolff, David Michael | Director - Class A Interim |
| Archer, Kendra Louise | Vice President & Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Ewing, Corey Glenn | President & Chief Executive Officer |
| Nyarko, Marc | Chief Operating Officer |
| Wolff, David Michael | Interim Vice President & Treasurer |

z) For Plaintiff **WellCare Health Insurance of Arizona, Inc.**

| NAME | TITLE |
|---|---|
| Burns, Eric James | Director |
| Lee, Andy Po Chang | Director |
| Roberts, Glenn Douglas | Director |
| Shintaku, Kari Lynn | Director |
| Sivik, Scott Joseph | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Roberts, Glenn Douglas | Chief Financial Officer and VP, Treasurer |
| Sivik, Scott Joseph | President |

aa) For Plaintiff **WellCare Health Plans of New Jersey, Inc.**

| NAME | TITLE |
|---|---|
| Peppard, Brendan Hanan | Director - Class A |
| Perez, Peter | Director - Class A |
| Vaughan, Geraldine Moore | Director - Class A Interim |
| Archer, Kendra Louise | Vice President & Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Elwood, Curtis Grant | Interim Treasurer |
| Spencer, Steven Edward | Chief Medical Officer |
| Vaughan, Geraldine Moore | Interim President and Chief Executive Officer |

bb) For Plaintiff **WellCare of California, Inc.**

| NAME | TITLE |
|---|---|
| Lambert, Lisa Renee | Director |
| Rudd, Rachael Rose | Director |

| | |
|---|---|
| Sellner, Jessica Beth | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Bosse, Christy Kathleen | Assistant Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Rudd, Rachael Rose | President and Sr. Vice President, CA Medicare |
| Sellner, Jessica Beth | Chief Financial Officer and Treasurer |

cc) For Plaintiff **WellCare of Connecticut, Inc.**

| NAME | TITLE |
|---|---|
| Abdelaal, Hany Mohamed | Director |
| Brewster, Tara Richardson | Director |
| Craig, Benjamin Mark | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Craig, Benjamin Mark | President |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Snyder, III James Edward | Vice President & Treasurer |

dd) For Plaintiff **WellCare of Georgia, Inc.**

| NAME | TITLE |
|---|---|
| Burgess, Timothy Peter | Director |
| Henderson, Quinn Alan | Director |
| White, Clyde Alvin | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Friedrichs, Robert James | Chief Financial Officer, Vice President, and Treasurer |
| White, Clyde Alvin | President |

ee) For Plaintiff **WellCare of Iowa, Inc.**

| NAME | TITLE |
|---|---|
| Cook, Jeffrey Scott | Director |
| Erwin, Scott Charles Ross | Director |
| Sanders, Bryan Harold | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| LaManna, Gregory Alfonso | President |
| Snyder, III James Edward | Vice President & Treasurer |

ff) For Plaintiff **WellCare of Maine, Inc.**

| NAME | TITLE |
|---|---|
| Craig, Benjamin Mark | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Craig, Benjamin Mark | Assistant Secretary |
| Craig, Benjamin Mark | President |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Snyder, III James Edward | Vice President & Treasurer |

gg) For Plaintiff **WellCare of Mississippi, Inc.**

| NAME | TITLE |
|---|---|
| Peeples III, Lewis Terry | Director |
| Simpson, William Michael | Director |
| Sisk, Aaron Riley | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Peeples III, Lewis Terry | Chief Financial Officer, Vice President, and Treasurer |
| Simpson, William Michael | Assistant Secretary |
| Sisk, Aaron Riley | President |

hh) For Plaintiff **WellCare of Missouri Health Insurance Company, Inc.**

| NAME | TITLE |
|---|---|
| Falcon, Deon D. | Director |
| Furey, Shawn Timothy | Director |
| Hillix, Mark Allen | Director |
| Johnson, Alicia | Director |
| Jones, Suni Alexander | Director |
| Litteken, Ryan Thomas | Director |
| Reiter, Bradley James | Director |
| Smith, Martha Jane | Director |
| Wessels, Jennifer Marie | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Furey, Shawn Timothy | President |
| Lampe, Robert Anthony | Assistant Secretary |
| Reiter, Bradley James | Vice President & Treasurer |

ii) For Plaintiff **WellCare of South Carolina, Inc.**

| NAME | TITLE |
|---|---|
| Gaw, Rodney Flynn | Director |
| McClellan, John Willis | Director |
| Moore, Stephen Dwayne | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| McClellan, John Willis | President |
| Moore, Stephen Dwayne | Chief Financial Officer |

jj) For Plaintiff **WellCare of Texas, Inc.**

| NAME | TITLE |
|---|---|
| Biller, Kia Joliene | Director |
| James, Kenneth Scott | Director |
| Wasden, Mitchell Lawrence | Director |
| Archer, Kendra Louise | Vice President & Secretary |
| Biller, Kia Joliene | Chief Financial Officer and VP, Treasurer |
| Dinkelman, Tricia Lynn | Vice President of Tax |
| Wasden, Mitchell Lawrence | President |
| Wolfe, Jared Alexander | Assistant Secretary |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

NONE

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

a) Not applicable.

[*Signature Page Follows*]

Dated: October 22, 2026

*/s/T. Joshua R. Archer*

Benjamin H. Brewton
Georgia Bar No. 002530
bbrewton@balch.com
Jena C. Lombard
Georgia Bar No. 213734
jlombard@balch.com
**Balch & Bingham LLP**
801 Broad Street, Suite 800
Augusta, Georgia 30901
Telephone: (706) 842-3711
Facsimile: (866) 258-8984

T. Joshua R. Archer
Georgia Bar No. 021208
jarcher@balch.com
James L. Hollis
Georgia Bar No. 930998
jhollis@balch.com
**Balch & Bingham, LLP**
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, Georgia 30308
Telephone: (404) 962-3585
Facsimile: (866) 332-8969

Daniel W. Wolff (*pro hac vice* forthcoming)
DWolff@crowell.com
D.C. Bar No. 486733
**Crowell & Moring LLP**
600 Fifth Street, N.W.
Washington, DC 20001
Telephone: (202) 624-2621

Steven D. Hamilton (*pro hac vice* forthcoming)
StevenHamilton@crowell.com
Illinois Bar No. 6289663
**Crowell & Moring LLP**
300 N. LaSalle Drive, Suite 2500
Chicago, IL 60654
Telephone: (312) 379-7615

*Counsel for Plaintiffs*