**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| CENTENE CORPORATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No.2:26-cv-113 |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

The United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, gives notice that the undersigned counsel represents the Defendant in this matter and that all notices and correspondence should be furnished to him as counsel of record in this case.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ O. Woelke Leithart*
Idaho Bar No. 9257
Assistant United States Attorney
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
E-mail: Woelke.Leithart@usdoj.gov